Case 3:08-cr-01502-JLS    Document 14    Filed 05/08/2008    Page 1 of 1

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

2008 MAY -8  P 4: 26

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>        Plaintiff                )<br>                                     )<br>vs.                                )<br>Lucio Santiago-Morales )<br>   et. al.                          )<br>        Defendant(s)          )<br>_____) | CRIMINAL NO. 08mj1244<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Bulmaro Octaviano
Barrita-Colmenares

DATED: 5-8-08

JAN M. ADLER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by R. Her Rm
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082